## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

SAM J. PEARSON, IV,

      **Plaintiff,**

**v.**                                                                         **Case No.  3:15cv577/MCR/CJK**

STATE OF FLORIDA,

      **Defendant.**

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 21, 2016.  ECF No. 3.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Mr. Pearson's cases, Escambia County Circuit Court Case Nos. 2015-CT-03207, 2015-TR-29587, and 2015-TR-29863, are **REMANDED** to the state court.

3.     The clerk is directed to close the file.

**DONE AND ORDERED** this 22nd day of February, 2016.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**